# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ANDREW EMMINGS,

                 Plaintiff,

v.

HIRERIGHT, INC.; JONES BROTHERS TRUCKING, INC.; and DOES 1 through 300, inclusive,

                 Defendants.

Case No.  13-cv-2069-MMA-DHB

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

[Doc. No. 13]

On October 29, 2013, the parties herein filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  [Doc. No. 13.]  Having considered the parties' joint motion, and good cause appearing, the Court **GRANTS** the motion.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is dismissed in its entirety with prejudice; each party to bear its own costs and fees.

The Clerk of Court is hereby instructed to terminate this case.

       **IT IS SO ORDERED.**

DATED: October 30, 2013

Hon. Michael M. Anello
United States District Judge

13CV2069